UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | No. C-11-02095 DMR |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| DOROTHY KING JERNAGAN, *et al.*, | |
| Defendants. | |

On May 18, 2011, Plaintiff received notice from this Court informing him that he had violated General Order 45 by failing to e-file the complaint for this case and ordering him to e-file the document within ten days. [Docket No. 5.] Plaintiff failed to e-file the document. On June 29, 2011, this court ordered Plaintiff to e-file the document within ten days or else face sanctions. [Docket No. 6.] Plaintiff still has not e-filed the document. Consequently, the court hereby ORDERS Plaintiff to show cause in writing by August 1, 2011 as to why the court should not sanction him for his repeated violation of the Court's orders.

IT IS SO ORDERED.

Dated: July 27, 2011

_____
DONNA M. RYU
United States Magistrate Judge