UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DOROTHY KING JERNAGAN, *et al.*, <br><br> Defendants. <br> _____/ | No. C-11-02095-DMR <br><br> **ORDER RE PLAINTIFF'S COUNSEL'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE** |

The court is in receipt of Plaintiff's counsel's response to the court's July 27, 2011 Order to Show Cause as to why the court should not sanction Plaintiff's counsel for his repeated failures to comply with court orders. In the response, he apologizes for the violations and points to administrative staff oversights as their cause. Because the court notes that Plaintiff's counsel has previously failed to comply with this Court's orders in other matters, *see, e.g.*, *J & J Sports Prods., Inc. v. Nava*, No. 11-2127 (N.D. Cal. filed Apr. 29, 2011) (e-filing complaint on July 28, 2011 -- one day after issuance of Order to Show Cause in present case -- after Court ordered e-filing of document no later than May 28, 2011), future failures to obey court orders will result in sanctions.

IT IS SO ORDERED.

Dated: August 1, 2011



_____
DONNA M. RYU
United States Magistrate Judge