IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. C 11-2095 SBA (JSC) |
| Plaintiff, | **ORDER RE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| DOROTHY KIN JERNEGAN, et al., | |
| Defendants. | |

Plaintiff's Motion for Default Judgment has been referred to the undersigned Judge for a Report and Recommendation. Defendants' response to the motion shall be filed by September 13, 2011 and Plaintiff's reply, if any, shall be filed by September 20, 2011. The hearing on Plaintiff's Motion for Default Judgment is scheduled for October 13, 2011 at 9:00 a.m. in Courtroom F, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Plaintiff shall serve Defendants with a copy of this order.

**IT IS SO ORDERED.**

Dated: August 31, 2011

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE