UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOROTHY KING JERNEGAN , et al., <br><br> Defendants. | Case No: C 11-02095 SBA <br><br> **ORDER TO SHOW CAUSE RE FAILURE TO COMPLY WITH COURT ORDER** |

This Court previously scheduled a telephonic Case Management Conference for January 26, 2011, and ordered the parties to meet and confer and prepare a Joint Case Management Conference Statement at least seven days in advance of the hearing. Dkt. 39. Defendants did not participate in the preparation of the Joint Case Management Conference Statement. Dkt. 41. Nor did Defendants appear for the Case Management Conference as ordered by the Court. Accordingly,

IT IS HEREBY ORDERED THAT:

1. The Case Management Conference previously scheduled for January 26, 2011, is VACATED.

2. Within seven (7) days of the date this Order is filed, counsel for Defendants shall file a Certificate of Counsel to explain why the Court should not sanction Defendants for violating the Court's Order.

3. Defendants shall file an answer or other response to the complaint as allowed by the Federal Rules of Civil Procedure by no later than February 17, 2012. A failure to timely respond to the complaint will result in the entry of default against Defendants.

4. A Case Management Conference is scheduled for **March 1, 2012 at 2:45 p.m.** Prior to the date scheduled for the conference, the parties shall meet and confer and

1 prepare a joint Case Management Conference Statement. Plaintiff is responsible for filing
2 joint statement no less than seven (7) days prior to the conference date. The joint statement
3 shall comply with the Standing Order for All Judges of the Northern District of California
4 and the Standing Orders of this Court. Plaintiff is responsible for setting up the conference
5 call, and on the specified date and time, shall call (510) 637-3559 with all parties on the
6 line.
7     IT IS SO ORDERED.
8 Dated: 1/27/12

                                                                                         SAUNDRA BROWN ARMSTRONG
                                                                                         United States District Judge