UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOROTHY KING JERNEGAN, et al., <br><br> Defendants. | Case No: C 11-02095 <br><br> **ORDER** <br><br> Docket 61, 62 |

Pursuant to the parties' stipulation (Dkt. 62), IT IS HEREBY ORDERED THAT the mandatory settlement conference deadline is continued from April 9, 2013 to April 30, 2013. This Order terminates Docket 61 and Docket 62.

IT IS SO ORDERED.

Dated: 4/8/13

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge