1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.
7

8              UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
                   OAKLAND DIVISION
10

11 J & J SPORTS PRODUCTIONS, INC.,          | Case No.  4:11-cv-02095-SBA

12          Plaintiff,                       | PLAINTIFF J & J SPORTS
                                             | PRODUCTIONS, INC. AND
13              v.                           | DEFENDANT DOROTHY KING
                                             | JERNEGAN, JOHN BROWN
14 DOROTHY KING JERNEGAN, et al.,            | JERNEGAN AND EVERETT & JONES
                                             | BARBEQUE JACK LONDON, LLC'S
15          Defendants.                      | STIPULATION TO CONTINUE THE
                                             | SETTLEMENT CONFERENCE
16
                                             | DATE: Tuesday, April 9, 2013
17
                                             | TIME:   11:00 A.M.
18

19 TO THE HONORABLE DONNA M. RYU, THE PARTIES, AND THEIR

20 ATTORNEY/S OF RECORD:

21      1.    By and through their counsel, Plaintiff J & J Sports Productions, Inc. and Defendants

22 Dorothy King Jernegan, John Brown Jernegan, and Everett & Jones Barbeque Jack London, LLC,

23 hereby agree, stipulate, and respectfully request that this Honorable Court continue the Settlement

24 Conference in this action, presently set for Tuesday, April 9, 2013 to a new date of the Court's

25 convenience.

26 ///

27 ///

28 ///

2.      This request is necessitated by the fact that Mr. Joseph M. Gagliardi, President and Authorized Representative of J & J Sports Productions, Inc. is unavailable on Tuesday, April 9, 2013. As referenced within the enclosed letter, Mr. Gagliardi will be at a doctor's appointment which is imperative he attend (Please See Exhibit 1).

3.      In addition to Mr. Gagliardi's conflict, Mr. Art Gallegos, National Sales Manager of J & J Sports Productions, Inc, is also unavailable on that very same day. As referenced within the enclosed letter, it will be the first major event of the year and as sales manager, Mr. Gallegos will be unable to participate in the conference (Please See Exhibit 2).

4.      Moreover, defense counsel Ms. Pamela Price will be unavailable due to her representation in a trial involving the same defendant in this instant action, Everett & Jones Barbeque Jack London, LLC at the Alameda Superior Court.

5.      **WHEREFORE,** The Parties respectfully request that this Honorable Court continue the settlement conference, presently scheduled for Tuesday, April 9, 2013 to a new date of the Court's convenience.


Respectfully submitted,


Dated: April 8, 2013

/s/ Thomas P. Riley
**LAW OFFICES OF THOMAS P. RILEY**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.


Dated: April 8, 2013

/s/ Pamela Y. Price
**PRICE & ASSOCIATES**
By: Pamela Yvette Price
Attorneys for Defendants
Dorothy King Jernegan, John Brown Jernegan, and
Everett & Jones Barbeque Jack London, LLC

## ORDER (Proposed)

**IT IS HEREBY ORDERED** that the settlement conference in civil action 4:11-cv-02095-SBA styled *J & J Sports Productions, Inc. v. Jernegan, et al.,* is hereby continued from Tuesday, April 9, 2013 to __April 23, 2013 at 11:30 a.m.__            .

**IT IS SO ORDERED:**

Dated:  4/8/2013

_____

**THE HONORABLE DONNA M. RYU**
**United States District Court** Magistrate Judge
**Northern District of California**

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

**www.boxingseries.com**

**J&J**

**SPORTS PRODUCTIONS INC.**

**1 - 8 8 8 - 2 5 8 - 7 1 1 5**

April 4, 2013

Mr. Thomas P. Riley, Esquire
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

**RE:**   *J & J Sports Productions, Inc. v. Jernegan, et al.;*
       *U.S.D.C. N.D.C.A. Case No. 4:11-cv-02095-SBA*
       <u>*Re: Q Lounge 5/1/10*</u>

Dear Tom:

I am writing regarding the above-referenced Settlement Conference set for Tuesday, April 9,
2013 at 11:00 A.M. (PST).  Unfortunately, I have an important doctor's appointment at 11:30
and will be unable to attend.

May I ask that you please request that the Court permit my telephonic participation in the
Settlement Conference, or seek to have the Settlement Conference rescheduled.

Thank you very much.

Sincerely,

*Joseph M. Gagliardi /sr*

Joseph M. Gagliardi
President

/sc

2380 South Bascom Ave., Suite 200 • Campbell, CA 95008 • Tel: (408) 369-8022 • Fax: (408) 369-8096

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 2

W W W . B O X I N G S E R I E S . C O M

# J&J  SPORTS PRODUCTIONS INC.
## 1 - 8 8 8 - 2 5 8 - 7 1 1 5

April 4, 2013

Mr. Thomas P. Riley, Esquire
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

**RE:**   *J & J Sports Productions, Inc. v. Jernegan, et al.;*
        *U.S.D.C. N.D.C.A. Case No. 4:11-cv-02095-SBA*
        *Re: Q Lounge 5/1/10*

Dear Tom:

I am writing regarding the above-referenced Settlement Conference set for Tuesday, April 9, 2013 at 11:00 A.M. (PST).  Unfortunately, _we have our first major event of the year and , as sales manager, I am not able to leave our office.

May I ask that you please request that the Court permit my telephonic participation in the Settlement Conference, or seek to have the Settlement Conference rescheduled.

Thank you very much.

Sincerely,

Art Gallegos
National Sales Manager

/sc

2380 South Bascom Ave., Suite 200 • Campbell, CA 95008 • Tel: (408) 369-8022 • Fax: (408) 369-8096

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 8, 2013, I caused to serve the following documents entitled:

**PLAINTIFF J & J SPORTS PRODUCTIONS, INC. AND DEFENDANT DOROTHY KING JERNEGAN, JOHN BROWN JERNEGAN AND EVERETT & JONES BARBEQUE JACK LONDON, LLC'S STIPULATION TO CONTINUE THE SETTLEMENT CONFERENCE**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Ms. Pamela Yvette Price, Esq.          (Attorneys for Defendants)
PRICE & ASSOCIATES                     Dorothy King Jernegan, John Brown Jernegan,
901 Clay Street                        Everett & Jones Barbeque Jack London, LLC
Oakland, CA 94607
510-452-0292
Email: pamela.price@pypesq.com

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 8, 2013, at South Pasadena, California.

Dated: April 8, 2013

                                       /s/ Nadea Khachikyan
                                       NADEA KHACHIKYAN