Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| J & J Sports Productions, Inc., | CASE NO. 4:11-cv-02095-SBA |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS DOROTHY KING JERNEGAN A/K/A DOROTHY J. KING and JOHN BROWN JERNEGAN, individually and d/b/a Q LOUNGE A/K/A EVERETT & JONES BARBEQUE, and EVERETT & JONES BARBEQUE JACK LONDON, LLC, an unknown business entity d/b/a Q LOUNGE A/K/A EVERETT & JONES BARBEQUE |
| vs. | |
| Dorothy King Jernegan a/k/a Dorothy J. King, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants DOROTHY KING JERNEGAN A/K/A DOROTHY J. KING and JOHN BROWN JERNEGAN, individually and d/b/a Q LOUNGE A/K/A EVERETT & JONES BARBEQUE, and EVERETT & JONES BARBEQUE JACK LONDON, LLC, an unknown business entity d/b/a Q LOUNGE A/K/A EVERETT & JONES BARBEQUE, that the above-entitled action is hereby dismissed **without prejudice** against DOROTHY KING JERNEGAN A/K/A DOROTHY J. KING and JOHN BROWN JERNEGAN, individually and d/b/a Q LOUNGE A/K/A EVERETT & JONES BARBEQUE, and EVERETT & JONES BARBEQUE JACK LONDON, LLC, an unknown business entity d/b/a Q LOUNGE A/K/A EVERETT & JONES BARBEQUE, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by June 26, 2013, the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: April 17, 2013

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 5-16-13

PRICE AND ASSOCIATES
By: Pamela Y. Price
Attorneys for Defendants
DOROTHY KING JERNEGAN A/K/A DOROTHY J. KING and JOHN BROWN JERNEGAN, individually and d/b/a
Q LOUNGE A/K/A EVERETT & JONES BARBEQUE, and
EVERETT & JONES BARBEQUE JACK LONDON, LLC, an unknown business entity d/b/a
Q LOUNGE A/K/A EVERETT & JONES BARBEQUE

IT IS SO ORDERED:

Dated: 5/20/13

The Honorable Saundra B. Armstrong
United States District Court
Northern District of California

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 17, 2013, I caused to serve the following documents entitled:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JOHN BROWN JERNEGAN, individually and d/b/a Q LOUNGE A/K/A EVERETT & JONES BARBEQUE**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Ms. Pamela Y. Price, Esquire           (Attorneys for Defendants)
**PRICE AND ASSOCIATES**
901 Clay Street
Oakland, CA 94607

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 17, 2013, at South Pasadena, California.

Dated: April 17, 2013

_____
INESA MAMIDJANYAN